No. 505

No. 19023—The Cincinnati Traction Company v. The Public Utilities Commission of Ohio. Error to the Public Utilities Commission of Ohio.

973. PUBLIC UTILITIES—For Commission to grant certificate of public convenience to bus line, along route which already has commuting services, it must appear that under present conditions the service is not adequate and convenient, and operation of new bus line would eliminate such deficiencies.

ALLEN, J.

1. Upon an error proceeding filed in this court to an order of the Public Utilities Commission, the Supreme Court will examine the record with a view to determining whether the findings of fact made by the Commission are reasonably supported by the evidence adduced at the hearing.

2. In order to authorize the Public Utilities Commission to grant a motor bus company a certificate of public convenience and necessity, authorizing the motor bus company to operate its line and to serve the public with local service along a route already served by two other motor bus lines, by an interurban railroad, and by two steam railroads, furnishing numerous trains and commuting service, it must appear as a reasonable conclusion from the evidence that such bus companies, the street railroad company and the steam railroads are not rendering adequate and convenient service and that the operation of the third motor bus line can eliminate such inadequacy and inconvenience.

Order of the Public Utilities Commission reversed.

Marshall, C. J., Jones, Matthias, Robinson and Kinkade, JJ., concur.